BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID STEVENS, )<br>)<br>Defendant. )<br>) | No. CR 05-70755 MAG<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER**<br>**CONTINUING DATE FOR**<br>**PRELIMINARY HEARING**<br>**OR ARRAIGNMENT** |

    The parties in this matter are presently scheduled to appear before this Court for preliminary hearing or arraignment on September 29, 2005. The parties are presently engaged in negotiations concerning a potential preindictment resolution of the case, and defense counsel is awaiting discovery for review. Moreover, the parties anticipate that Mr. Stevens will be released to a residential drug treatment program prior to September 29, 2005. Accordingly, the parties agree and stipulate that the date for preliminary hearing or arraignment shall be continued until October 6, 2005 at 9:30 AM.

    The parties further agree and stipulate that an exclusion of time under the Speedy Trial Act is appropriate to accommodate this period of delay. If Mr. Stevens remains incarcerated, he agrees to waive his right under Rule 5.1(c) of the Federal Rules of Criminal Procedure to a preliminary hearing within ten days of his initial appearance, and the parties agree and stipulate that there is good cause, taking into account the public interest in the prompt disposition of

| | |
|---|---|
| 1 | criminal cases, for the requested extension. |
| 2 | IT IS SO STIPULATED. |

BARRY PORTMAN
Federal Public Defender

Dated: September 23, 2005   _____/S/_____
JOSH COHEN
Assistant Federal Public Defender

KEVIN V. RYAN
United States Attorney

Dated: September 23, 2005   _____/S/_____
JOSEPH FAZIOLI
Assistant United States Attorney

Accordingly, and for good cause shown, it is hereby ORDERED that the date for preliminary hearing or arraignment, presently set for September 29, 2005, shall be continued to October 6, 2005 at 9:30 AM before Magistrate Judge Larson.

It is further ORDERED that the time from September 29, 2005 through October 6, 2005 shall be excluded under the Speedy Trial Act and Rule 5.1(c) of the Federal Rules of Criminal Procedure. The Court finds that this delay is necessary to permit defense counsel to obtain and review discovery in the case, and thereby prepare effectively on Mr. Stevens' behalf. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by granting the exclusion outweigh the best interest of the public and the defendant in a speedy trial. *See id.* § 3161(h)(8)(A). The Court finds as well that there is good cause, taking into account the public interest in the prompt disposition of criminal cases, to continue the date for preliminary hearing or arraignment pursuant to Rule 5.1(c).

IT IS SO ORDERED.

Dated: 9/26/5   _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the e-filed document.