1    BARRY J. PORTMAN
     Federal Public Defender
2    JOSH COHEN
     Assistant Federal Public Defender
3    19th Floor Federal Building
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     (415) 436-7700
5
     Counsel for Defendant STEVENS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. CR-05-0621 WHA
                                        )
12              Plaintiff,              )    STIPULATION AND [PROPOSED]
                                        )    ORDER TO EXCLUDE TIME UNDER THE
13          v.                          )    SPEEDY TRIAL ACT
                                        )
14   DAVID STEVENS,                     )
                                        )
15              Defendant.              )
     _____)

16

17          On October 18, 2005, the parties appeared before this Court for status.  Defense counsel

18   indicated that Mr. Stevens is expected to enter residential drug treatment on or about October 19,

19   2005, and that the admissions director at the treatment program would like Mr. Stevens to remain

20   in residence without interruption for approximately thirty days before returning to court.  Defense

21   counsel also stated that he has reviewed discovery and needs additional time to identify potential

22   pretrial motions.  The Court directed defense counsel to file any motion(s) on or before

23   November 8, 2005; the government to respond on or before November 22, 2005; the defense to

24   file any reply on or before November 29, 2005; and the parties to appear for a motions hearing on

25   December 6, 2005.  The Court also set a status conference for November 15, 2005.

26          The parties agree and stipulate that the period from October 18, 2005 through November

1   15, 2005 shall be excluded under the Speedy Trial Act.  The parties agree that this exclusion is

2   appropriate to enable defense counsel to finish reviewing discovery and effectively prepare for

3   trial.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties further agree that the exclusion is

4   warranted to accommodate the request of the residential treatment program that Mr. Stevens

5   reside without interruption for approximately 30 days.  *See* 18 U.S.C. § 3161(h)(3)(A).

6         IT SO STIPULATED.

7                              BARRY J. PORTMAN
                                   Federal Public Defender

8

9   Dated:   10/18/05                _____/S/_____

                                    JOSH COHEN

10                                   Assistant Federal Public Defender

11                                  KEVIN V. RYAN
                                  United States Attorney

12

13   Dated:   10/24/05                _____/S/_____

                                    JOSEPH FAZIOLI

14                                  Assistant United States Attorney

15   I hereby attest that I have on file all holograph signatures for any signatures indicated by a

16   "conformed" signature (/S/) within this e-filed document.

17

18

19

20       | This hearing may be vacated if the defense counsel files the motion(s) by 11/8. |

21         Accordingly, the Court hereby ORDERS that the parties appear for status on November

22   15, 2005 at 2:00 PM.  The Court further ORDERS that the time from October 18, 2005 through

23   November 15, 2005 shall be excluded under the Speedy Trial Act.  For the reasons stated, the

24   Court finds that the exclusion is appropriate to accommodate the unavailability of the defendant,

25   *see* 18 U.S.C. § 3161(h)(3)(A).  The Court also finds that the ends of justice served by granting

26   the requested continuance outweigh the best interests of the public and the defendant in a speedy

1    trial and in the prompt disposition of criminal cases, *see* 18 U.S.C. § 3161(h)(8)(A), and that the

2    failure to grant the requested continuance would deny the defendant effective preparation of

3    counsel. *See id.* § 3161(h)(8)(B)(iv).

4         IT IS SO ORDERED.

5    Dated:  November 1, 2005

6         _____
     WILLIAM H. ALSUP
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26