```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOSH COHEN
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant STEVENS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-0621 WHA |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER TO CONTINUE SENTENCING** |
| v. | ) |
| DAVID STEVENS, | ) |
| Defendant. | ) |

Having entered a guilty plea to unarmed bank robbery in violation of 18 U.S.C. § 2113(a), defendant David Stevens is scheduled to be sentenced by this Court on March 7, 2006.

Mr. Stevens is presently participating in a residential drug treatment program at the New Bridge Foundation in Berkeley, California. Mr. Stevens has been a resident at New Bridge since his release from custody on bond and is nearing completion of the program's residential phase. At the change-of-plea hearing, defense counsel informed the Court that Mr. Stevens might seek a continuance of the sentencing date to permit Mr. Stevens to demonstrate successful performance in residential treatment. The government does not oppose a continuance for this purpose.

Accordingly, the parties agree and stipulate that the sentencing shall be continued to

///

1 | April 18, 2006 at 2:00 PM. The probation officer has been notified of the requested continuance
2 | and is available on April 18.
3 |     IT IS SO STIPULATED.
4 | Dated: 2/22/06

                                                  BARRY J. PORTMAN
                                                Federal Public Defender
                                                JOSH COHEN
                                                Assistant Federal Public Defender

Dated: 2/22/06

                                                  KEVIN V. RYAN
                                                United States Attorney
                                                JOSEPH FAZIOLI
                                                Assistant United States Attorney

    Accordingly, and for good cause shown, the sentencing hearing scheduled for March 7, 2006 is hereby continued until April 18, 2006 at 2:00 PM.

    IT IS SO ORDERED.

Dated: February 23, 2006

_/s/ Judge William Alsup_

CR 05-0621 WHA; STIP TO CONTINUE
SENTENCING                                          2