IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00621 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR INJUNCTION** |
| DAVID STEVENS, | |
| Defendant. | |

Defendant David Stevens, against whom judgment was entered April 18, 2006, moves for an order directing the Bureau of Prisons either to provide him with an anti-anxiety medication or to state why such a medicine cannot be provided. Such a motion is beyond the jurisdiction of the Court or, at least, beyond the proper scope of post-judgment relief in this criminal action.

**IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE